UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

12-cv-80597-KAM

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**STERLING PRECIOUS METALS, LLC**, a Florida Limited Liability Corporation,

**KERRY MARSHALL**,

**MATTHEW MEYER**, and

**FRANCIS RYAN ZOFAY**,

    Defendants.

**ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S
REQUEST TO APPEAR TELEPHONICALLY AT THE MAY 6, 2013 HEARING**

    This matter is before the court upon Plaintiff Federal Trade Commission's ("FTC") Motion to appear telephonically at the May 6, 2013 hearing. This court finds as follows:

    The FTC requests that the Court permit it to appear telephonically at the March hearing scheduled for May 6, 2013, on its Opposition to Nonparty Scott Properties, LLC's Motion to Quash Subpoena or Alternatively, Motion for Protective Order as to Request Numbers 1, 2, 4, and 6. The Court finds that appearing telephonically would eliminate the FTC's incursion of travel expenses necessary to send its attorney(s) from

Atlanta, Georgia to attend a hearing on the subject motion in West Palm Beach, Florida and would not prejudice any party in this matter.

Now therefore IT IS HEREBY ORDERED AND ADJUDGED that the FTC's Motion Requesting Permission to Appear at the May 6, 2013 Hearing Telephonically is HEREBY GRANTED.  Plaintiff's counsel shall contact Mr. Ken Zuniga, Courtroom Deputy, at (561) 803-3470 at least 24 hours before the hearing to make appropriate arrangements.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 30th day of April 2013.

_____
WILLIAM MATTHEWMAN
U.S. Magistrate Judge