UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

12-cv-80597-KAM

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

STERLING PRECIOUS METALS, LLC, a
Florida Limited Liability Corporation,

KERRY MARSHALL,

MATTHEW MEYER, and

FRANCIS RYAN ZOFAY,

    Defendants.

### CONSENT ORDER DISMISSING DEFENDANT KERRY MARSHALL, ONLY, FROM THE COMPLAINT AND TERMINATING PRELIMINARY INJUNCTION

Plaintiff, Federal Trade Commission ("FTC" or "Commission") filed its Complaint for Permanent Injunction and Other Equitable Relief ("Complaint") in this matter pursuant to Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b. The Commission and Defendant Kerry Marshall stipulate to the entry of this Consent Order Dismissing Defendant Kerry Marshall, Only, from the Complaint and Terminating Preliminary Injunction ("Order") to resolve all matters in dispute in this action between them.

**IT IS THEREFORE STIPULATED, AGREED, AND ORDERED** as follows:

1.     Plaintiff voluntarily dismisses its cause of action against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with prejudice.

2.     Defendant waives any claim that he may have under the Equal Access to

1

Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order.

3. Each party agrees to bear their own costs and attorney fees incurred in this action.

4. The preliminary injunction entered in this matter (Dkt. 22) is terminated.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 22nd day of August, 2013.

_____
United States District Judge
KENNETH A. MARRA

**SO STIPULATED AND AGREED:**

**FOR PLAINTIFF:**

/s/ Dama J. Brown                                          Dated: August 21, 2013
Special Florida Bar No. A5501135
Email: dbrown1@ftc.gov
Telephone: (404) 656-1361

**GIDEON E. SINASOHN**
Special Florida Bar No. A55001392
Email: gsinasohn@ftc.gov
Telephone: (404) 656-1366

225 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30303
(404) 656-1379 (Facsimile)

**Attorneys for Plaintiff
FEDERAL TRADE COMMISSION**

FOR DEFENDANTS:

_____  Dated: 8/21/13
JEFF GLOTZER
Florida Bar No. 184489
Email: jeff@jeffgloterlaw.com
Telephone: (954) 369-4872

7451 Wiles Road, Suite 101
Coral Springs, Florida 33067

Attorney for Defendant
KERRY D. MARSHALL


_____  Dated: 8/21/13
DEFENDANT, KERRY MARSHALL


_____  Dated:_____
HOWARD S. GOLDFARB
Florida Bar No. 16568
Email: hgoldfarb@homerbonner.com
Telephone: (305) 350-5139

PETER W. HOMER
Florida Bar No. 219250
Email: phomer@homerbonner.com

Homer Bonner Jacobs
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131

Attorneys for Defendants
STERLING PRECIOUS METALS, LLC
MATTHEW MEYER, FRANCIS ZOFAY

3

**FOR DEFENDANTS:**

_____  Dated:_____
**JEFF GLOTZER**
Florida Bar No. 184489
Email: jeff@jeffgloterlaw.com
Telephone: (954) 369-4872

7451 Wiles Road, Suite 101
Coral Springs, Florida 33067

Attorney for Defendant
**KERRY D. MARSHALL**


_____  Dated:_____
**DEFENDANT, KERRY MARSHALL**


/s/ Howard S. Goldfarb                              Dated: August 21, 2013
**HOWARD S. GOLDFARB**
Florida Bar No. 16568
Email: hgoldfarb@homerbonner.com
Telephone: (305) 350-5139

**PETER W. HOMER**
Florida Bar No. 219250
Email: phomer@homerbonner.com

Homer Bonner Jacobs
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131

**Attorneys for Defendants**
**STERLING PRECIOUS METALS, LLC**
**MATTHEW MEYER, FRANCIS ZOFAY**

3